**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

IN RE: **Singh, Daljit**                                                                CASE NO

                                                                                                        CHAPTER **13**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  __07/30/2020__    Signature _____Daljit Singh_____
                                                                Daljit Singh, Debtor

**Rushmore Loan Management**
P.O. Box 52708
Irvine, CA 92619

**Wells Fargo Auto**
P.O. BOX 168048
Irving, TX 75016